IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01082-GPG

JEANNETTE A. SUAREZ,

    Plaintiff,

v.

WELLPOINT,

    Defendant.

---

### ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

DATED June 9, 2015, at Denver, Colorado.

                                                    BY THE COURT:

                                                    S/ Gordon P. Gallagher

                                                    United States Magistrate Judge