IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01082-RM--MJW

JEANNETTE A. SUAREZ,

Plaintiff,

v.

ANTHEM, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Motion to Reschedule Status conference and Deadline to File Proposed Scheduling Order (Docket No. 30) is DENIED. The Scheduling Conference remains set on August 31, 2015, at 9:00 a.m. Mountain Time. The parties, however, shall have up to and including 12:00 noon Mountain Time on August 28, 2015, to file their proposed Scheduling Order.

Date: August 25, 2015