IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01082-RM-MJW

JEANNETTE A. SUAREZ,

Plaintiff,

v.

ANTHEM, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　It is hereby **ORDERED** that Defendant's Motion to Compel Discovery and to Extend the Discovery and Dispositive Motion Deadlines (Docket No. 51) is **GRANTED in part** to the extent it requests extension of the discovery cut-off and the dispositive motions deadlines and **HELD IN ABEYANCE** as to the portion of the motion asking the Court to compel Plaintiff to respond to certain discovery requests. The Scheduling Order (Docket No. 39) is amended to extend: (1) the discovery cut-off date to March 23, 2016 and (2) the dispositive motions deadline to April 21, 2015.

　　It is further **ORDERED** that a Status Conference is set on March 30, 2016 at 10:00 a.m. MT in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, 80294. The portion of the motion held in abeyance will be addressed at the Status Conference.

　　The parties are reminded that everyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification and be subject to security procedures. *See* D.C.COLO.LCivR 83.2. Failure to comply with the identification requirement and security procedures will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Date: March 10, 2016