**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**  15-cv-01082-RM-MJW | FTR - Courtroom A-502 |
| **Date:**   March 30, 2016 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| JEANNETTE A. SUAREZ, | *Pro Se* |
|        Plaintiff(s), | |
| v. | |
| ANTHEM, INC., | John W. Drury    (by telephone) |
|        Defendant(s). | |

---

### COURTROOM MINUTES / MINUTE ORDER

---

**HEARING:   STATUS  CONFERENCE**
**Court in session:**  10:06 a.m.
Court calls case.  Appearance of *Pro Se* plaintiff and defense counsel.

Status of the case is discussed.  Pending motions and responses are discussed.

Counsel for defendant notes releases were obtained from the Plaintiff and requests for Tax Returns have been made to the IRS for verification of Plaintiff's employment history.

Counsel for defendant emails to the Court "Class Participant Reports" for each individual who attended the sessions with the Plaintiff, which had been requested by Plaintiff.  The Reports are printed and 2 copies made, 1 is tendered to the Court and one is handed to the Plaintiff, by court staff.

It is determined the following individuals named in Plaintiff's Motion for Issuance of Address(s) for the following employees for Anthem, Inc. are employees of the defendant:
(1)  Mr. Galen Brown (2) Ms. Patricia Burden (3) Ms. Madhu C. Ganguty (4) Ms. Ana Gonzalez (5) Mr. Jacob A. Hohnstein (6) Mr. De'Angelo Nix and (7) Ms. Beverly A. Whitaker.

**It is ORDERED:**     Plaintiff's MOTION TO COMPEL DISCOVERY AND DISCLOSURES  [Docket No. **49**, filed February 16, 2016] is **GRANTED IN PART AND DENIED IN PART** for reasons as set forth on the record.

Plaintiff's Motion to Compel [Docket No. 49] is GRANTED in that Defendant shall provide Affidavits from those individuals identified as employees, from the list in Docket No. 53, who are employed by Anthem, Inc.,  as to whether or not note taking was permitted.
The Motion is GRANTED in that Defendant shall determine if the actual tests taken are available and provide copies to the Plaintiff if they are, of those individualslisted in Docket No. 53.    If the actual tests taken are not available, Defendant shall provide an Affidavit with that information.
The Motion is DENIED is all other portions.


Defendant's Motion to Compel Discovery and to Extend the Discovery and Dispositive Motion Deadlines [Docket No. 51] was granted in part and held in abeyance in the Court's Minute Order [Docket No. 56, filed March 10, 2016].  That portion held in abeyance, asking the Court to compel Plaintiff to respond to certain discovery requests, is raised for discussion.

**It is ORDERED:**           That portion of  DEFENDANT'S MOTION TO COMPEL DISCOVERY AND TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES [Docket No. **51**, filed February 18, 2016]  held in abeyance, asking the Court to compel Plaintiff to respond to certain discovery requests, is **GRANTED IN PART AND DENIED IN PART** for reasons as set forth on the record.

Defendant's Motion to Compel [Docket No. 51] is GRANTED in that **on or before APRIL 12, 2016,**   Plaintiff shall provide copies of the CD and emails regarding unemployment, which she referred to in court,  to  defense counsel.  The motion is DENIED in all other portions.


**It is ORDERED:**           Plaintiff's MOTION FOR ISSUANCE OF ADDRESS(S) FOR THE FOLLOWING EMPLOYEES FOR ANTHEM, INC.   [Docket No.  **53**, filed February 22, 2016] is **DENIED** for reasons as set forth on the record.


Plaintiff objects to Defendant's Oral Motion to extend the Dispositive Motions Deadline.

**It is ORDERED:**           Defendant's ORAL MOTION to to extend the Dispositive Motions Deadline is **DENIED** for reasons as set forth on the record. Dispositive motions deadline remains **APRIL 21, 2016.**


HEARING CONCLUDES.

**Court in recess:**    11:08 a.m.
Total In-Court Time:   01:02