IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01082-RM-MJW

JEANNETTE A. SUAREZ,

Plaintiff,

v.

ANTHEM, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Motion for Seyforth Shaw, LLP to Provide Phone Numbers to Plaintiff (Docket No. 62) is **DENIED**.[1] On March 30, 2016, the Court held a Status Conference which Plaintiff attended in person (Docket No. 58). At the Status Conference, the Court ruled on a variety of discovery matters, including Plaintiff's Motion for Issuance for Address(es) for the Following Employees for Anthem, Inc. (Docket No. 53). The Court denied that motion as indicated in the Courtroom Minutes/Minute Order (Docket No. 58). When ruling on Plaintiff's Motion to Compel Discovery and Disclosures (Docket No. 49), the Court ordered Defendant to "provide Affidavits from those individuals identified as employees, from the list in Docket No. 53, who are employed by Anthem, Inc., as to whether or not note taking was permitted." (Docket No. 58 at 2). While Plaintiff argues that the Courtroom Minutes/Minute Order reflects a mistake and that the Court ordered Defendant to provide phone numbers for the named employees to Plaintiff, she is incorrect. The Court has reviewed the audio recording of the March 30, 2016 Status Conference and determined that the Courtroom Minutes/Minute Order accurately reflects the Court's rulings on March 30, 2016.

Date: April 11, 2016

---

[1] The Court may rule on a pending motion at any time. D.C.COLO.LCivR 7.1(d).